AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Massachusetts

Intel Corporation and

v.

Matrix Absence Management, Inc.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 04 10536 WGY

TO: (Name and address of Defendant)

Matrix Absence Management, Inc.
7 Skyline Drive
Hawthorne, New York

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Paul Nevins, 47 Church St. Wellesley, MA 02482

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

MAR 16 2004

DATE

(By) DEPUTY CLERK