UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

JEANNE M. IWATA,

                Plaintiff,

v.

INTEL CORPORATION and MATRIX
ABSENCE MANAGEMENT, INC.

                Defendants.

C.A. No. 04-10536 (WGY)

## DEFENDANT MATRIX ABSENCE MANAGEMENT, INC.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.3,

Defendant  Matrix Absence Management, Inc. ("Matrix") states as follows:

Matrix has a parent corporation, Delphi Financial Group ("Delphi").  Delphi is a publicly

held company and owns 100% of the stock of Matrix.

MATRIX ABSENCE MANAGEMENT, INC.

By its attorneys,

s/ Robert A. Fisher
Michele A. Whitham, BBO # 553705
Robert A. Fisher, BBO # 643797
Foley Hoag LLP
155 Seaport Boulevard
Boston, MA 02210
(617) 832-1000

Date:   May 6, 2004

FHBoston/1050261.1

PDF created with FinePrint pdfFactory Pro trial version www.pdffactory.com

CERTIFICATE OF SERVICE

I, Robert A. Fisher, hereby certify that on May 6, 2004 I caused to be served by U.S. mail, postage prepaid, a true and correct copy of the foregoing document upon counsel of record for each other party in this matter.

s/ Robert A. Fisher

PDF created with FinePrint pdfFactory Pro trial version www.pdffactory.com