UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JEANNE M. IWATA,<br><br>        Plaintiff,<br><br>    v.<br><br>INTEL CORPORATION and MATRIX ABSENCE MANAGEMENT, INC.<br><br>        Defendants. | C.A. No. 04-10536 (WGY) |

## DEFENDANT INTEL CORPORATION'S
## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.3, Defendant Intel Corporation ("Intel") states as follows:

Intel does not have any parent corporation and no publicly held company owns 10% or more of its stock.

INTEL CORPORATION

By its attorneys,

s/ Robert A. Fisher
Michele A. Whitham, BBO # 553705
Robert A. Fisher, BBO # 643797
Foley Hoag LLP
155 Seaport Boulevard
Boston, MA 02210
(617) 832-1000

Date:  May 6, 2004

FHBoston/1050260.1

PDF created with FinePrint pdfFactory Pro trial version www.pdffactory.com

- 2 -

## CERTIFICATE OF SERVICE

      I, Robert A. Fisher, hereby certify that on May 6, 2004 I caused to be served by U.S. mail, postage prepaid, a true and correct copy of the foregoing document upon counsel of record for each other party in this matter.

                                         s/ Robert A. Fisher

PDF created with FinePrint pdfFactory Pro trial version www.pdffactory.com