UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

JEANNE M. IWATA,

           Plaintiff,

v.

INTEL CORPORATION and MATRIX
ABSENCE MANAGEMENT, INC.

           Defendants.

C.A. No. 04-10536 (WGY)

**JOINT MOTION TO ADJUST SCHEDULE ON MOTION TO DISMISS**

Now come all parties and ask that the Court adjust the schedule on Defendants' Motion to Dismiss by moving each date forward by approximately three weeks, as follows:

1.      Plaintiff's opposition would be due on June 11, 2004, instead of May 21, 2004;

2.      Defendants' reply would be due on June 25, 2004, instead of June 1, 2004; and

3.      The hearing on the motion would be held on July 15, 2004, instead of June 21, 2004.  The parties understand that that date has been set aside by the Court for motion hearings.

As grounds for this motion, Defendants submit that their counsel is unavailable on June 21, 2004, the current date for the motion hearing.  Further, Plaintiff's counsel is engaged in a trial and needs additional time to respond to the Motion to Dismiss.  These adjustments to the schedule would allow each party to most effectively assist the Court in arriving in a just disposition of this matter.

Respectfully submitted                        Respectfully submitted,

INTEL CORPORATION and
MATRIX ABSENCE MANAGEMENT, INC.               JEANNE M. IWATA

By their attorneys                            By her attorney,


s/ Robert A. Fisher                           s/ Philip R. Olenick
Michele A. Whitham, BBO # 553705              Philip R. Olenick, BBO # 378605
Robert A. Fisher, BBO # 643797                101 Tremont Street - Suite 801
FOLEY HOAG, LLP                               Boston, Massachusetts 02108
155 Seaport Boulevard                         617-357-5660
Boston, MA 02110
617-832-1235

Date:   May 21, 2004


### CERTIFICATE OF SERVICE

I, Robert A. Fisher, hereby certify that on May 21, 2004 I caused to be served by U.S. mail, postage prepaid, a true and correct copy of the foregoing document upon counsel of record for each other party in this matter.

s/ Robert A. Fisher