1

```
 1                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF MASSACHUSETTS
 2
                                              Civil Action
 3                                            No. 04-10536-WGY

 4
     * * * * * * * * * * * * * * * *
 5                                  *
     JEANNE M. IWATA,               *
 6                                  *
              Plaintiff,            *
 7                                  *
     v.                             *    MOTION HEARING
 8                                  *
     INTEL CORPORATION and MATRIX   *
 9   ABSENCE MANAGEMENT, INC.,      *
                                    *
10            Defendants.           *
                                    *
11   * * * * * * * * * * * * * * * *

12
              BEFORE:  The Honorable William G. Young,
13                          District Judge

14

15
     APPEARANCES:
16

17           PHILIP R. OLENICK, ESQ., 101 Tremont Street,
     Suite 801, Boston, Massachusetts 02108-5004,
18             - and -
             PAUL L. NEVINS, ESQ., 47 Church Street, Wellesley,
19   Massachusetts 02482, on behalf of the Plaintiff

20           FOLEY HOAG, LLP (By Michele A. Whitham, Esq.),
     155 Seaport Boulevard, Boston, Massachusetts 02210-2600
21   on behalf of the Defendants

22

23
                                              1 Courthouse Way
24                                            Boston, Massachusetts

25                                            July 15, 2004
```