UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JEANNE M. IWATA,<br><br>                 Plaintiff,<br><br>v.<br><br>INTEL CORPORATION and MATRIX ABSENCE MANAGEMENT, INC.<br><br>                 Defendants. | C.A. No. 04-10536 (WGY) |

NOTICE OF FILING WITH CLERK'S OFFICE

Notice is hereby given that the exhibits listed below have been manually filed with the Court and are available in paper form only:

1. Exhibits to Defendants' Supplemental Memorandum of Law In Support of Their Motion to Dismiss Complaint Pursuant to Rule 12(b)(6).

The original documents are maintained in the case file in the Clerk's Office.

INTEL CORP. AND MATRIX
ABSENCE MANAGEMENT, INC.

By their attorneys,

s/ Robert A. Fisher
Michele A. Whitham, BBO # 553705
Robert A. Fisher, BBO # 643797
Foley Hoag LLP
155 Seaport Boulevard
Boston, MA 02210
(617) 832-1000

Date: August 4, 2004

FHBoston/1090285.1

## CERTIFICATE OF SERVICE

    I, Robert A. Fisher, hereby certify that on August 4, 2004 I caused to be served by U.S. mail, postage prepaid, a true and correct copy of the foregoing document upon counsel of record for each other party in this matter.

                                      s/ Robert A. Fisher