UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JEANNE M. IWATA,<br><br>   Plaintiff,<br><br>v.<br><br>INTEL CORPORATION and MATRIX ABSENCE MANAGEMENT, INC.<br><br>   Defendants. | C.A. No. 04-10536 (WGY) |

**ASSENTED-TO MOTION TO ENLARGE TIME
FOR DEFENDANTS TO ANSWER THE COMPLAINT**

Defendants Intel Corporation and Matrix Absence Management, Inc. (collectively "Defendants") move the Court to enlarge the time for them to file an answer to the Complaint of Plaintiff Jeanne M. Iwata from December 23, 2004 until January 7, 2005. As grounds for this motion, Defendants state as follows:

1. On December 13, 2004, the Court denied in part Defendants' motion to dismiss the Complaint. Pursuant to Rule 12(a)(4) of the Federal Rules of Civil Procedure, Defendants are required to answer the Complaint within 10 days thereafter, December 23, 2004.

2. Counsel for Defendants has a long-scheduled vacation beginning the week of December 20, 2004. Because of this vacation and the upcoming holidays, Defendants request that the time for them to file an answer be enlarged until January 7, 2005.

3. Counsel for Plaintiffs has stated that he assents to this motion.

WHEREFORE, Defendants respectfully request that the Court enlarge the time for them to file an answer to the Complaint from December 23, 2004 until January 7, 2005 and grant such other and further relief as it deems just and proper.

INTEL CORP. AND MATRIX<br>
ABSENCE MANAGEMENT, INC.<br><br>
By their attorneys,<br><br><br>
s/ Robert A. Fisher<br>
Michele A. Whitham, BBO # 553705<br>
Robert A. Fisher, BBO # 643797<br>
Foley Hoag LLP<br>
155 Seaport Boulevard<br>
Boston, MA 02210<br>
(617) 832-1000

Date:   December 17, 2004

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1

I, Robert A. Fisher, hereby certify pursuant to Local Rule 7.1(A)(2) that on December 17, 2004, I conferred in good faith with opposing counsel in order to resolve or narrow the issues presented in the above. During that telephone conference, counsel for Plaintiffs stated that he assented to this motion.

s/ Robert A. Fisher

## CERTIFICATE OF SERVICE

I, Robert A. Fisher, hereby certify that on December 17, 2004 I caused to be served by U.S. mail, postage prepaid, a true and correct copy of the foregoing document upon counsel of record for each other party in this matter.

s/ Robert A. Fisher