UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JEANNE M. IWATA,<br><br>    Plaintiff,<br><br>v.<br><br>INTEL CORPORATION and MATRIX ABSENCE MANAGEMENT, INC.<br><br>    Defendants. | C.A. No. 04-10536 (WGY) |

## JOINT MOTION TO CONTINUE SCHEDULING CONFERENCE

The parties jointly move to continue the scheduling conference in this case, currently scheduled for February 9, 2005. As grounds for this motion, the parties state as follows:

1. On January 12, 2005, the Court scheduled a scheduling conference in this case for February 9, 2005.

2. The parties seek a short continuance of the scheduling conference because they have agreed to mediate the dispute and have scheduled mediation for February 16, 2005. Rather than expend the time and resources preparing for the scheduling conference, the parties seek to attempt mediation in the hopes of resolving the case.

WHEREFORE, the parties jointly request that the Court grant a short continuance of the scheduling conference and grant such other and further relief as the Court deems just and proper.

| | |
|---|---|
| Respectfully submitted | Respectfully submitted, |
| INTEL CORPORATION and<br>MATRIX ABSENCE MANAGEMENT, INC. | JEANNE M. IWATA |
| By their attorneys | By her attorney, |
| s/ Robert A. Fisher<br>Michele A. Whitham, BBO # 553705<br>Robert A. Fisher, BBO # 643797<br>FOLEY HOAG, LLP<br>155 Seaport Boulevard<br>Boston, MA 02110<br>617-832-1235 | s/ Philip R. Olenick<br>Philip R. Olenick, BBO # 378605<br>101 Tremont Street - Suite 801<br>Boston, Massachusetts 02108<br>617-357-5660 |

Date:   January 26, 2005

## CERTIFICATE OF SERVICE

I, Robert A. Fisher, hereby certify that on January 24, 2005 I caused to be served by U.S. mail, postage prepaid, a true and correct copy of the foregoing document upon counsel of record for each other party in this matter.

s/ Robert A. Fisher