UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JEANNE M. IWATA,<br><br>            Plaintiff,<br><br>v.<br><br>INTEL CORPORATION and MATRIX<br>ABSENCE MANAGEMENT, INC.<br><br>            Defendants. | C.A. No. 04-10536 (WGY) |

**JOINT MOTION TO CONTINUE SCHEDULING CONFERENCE**

The parties jointly move to continue the scheduling conference in this case, originally scheduled for March 7, 2005. As grounds for this motion, the parties state as follows:

1. On January 12, 2005, the Court scheduled a scheduling conference in this case for February 9, 2005.

2. The parties sought a short continuance of the scheduling conference because they had agreed to mediate the dispute on February 16, 2005. The Court granted the motion and rescheduled the scheduling conference for March 7, 2005 only "IF NEEDED."

3. On February 16, 2005, the parties mediated the dispute, as well as Plaintiff's parallel claims for workers' compensation benefits pending before the Massachusetts Department of Industrial Accidents.

4. As the Court was orally informed on March 7, 2005, the parties reached a settlement in principle of both this dispute and the workers' compensation case. The parties currently are working to finalize the settlement documents. The settlement also is subject to approval by the Department of Industrial Accidents.

5.    Once the settlement is fully executed and the Department of Industrial Accidents has approved the settlement, the parties will file a stipulation of dismissal of this case.

WHEREFORE, the parties jointly request that the Court grant a continuance of the scheduling conference until such time as the parties file the said stipulation of dismissal or request that the conference be rescheduled.

| Respectfully submitted | Respectfully submitted, |
|---|---|
| INTEL CORPORATION and<br>MATRIX ABSENCE MANAGEMENT, INC. | JEANNE M. IWATA |
| By their attorneys | By her attorney, |
| s/ Robert A. Fisher<br>Michele A. Whitham, BBO # 553705<br>Robert A. Fisher, BBO # 643797<br>FOLEY HOAG, LLP<br>155 Seaport Boulevard<br>Boston, MA 02110<br>617-832-1235 | s/ Philip R. Olenick<br>Philip R. Olenick, BBO # 378605<br>101 Tremont Street - Suite 801<br>Boston, Massachusetts 02108<br>617-357-5660 |

Date:   March 7, 2005

## CERTIFICATE OF SERVICE

I, Robert A. Fisher, hereby certify that on March 7, 2005 I caused to be served by U.S. mail, postage prepaid, a true and correct copy of the foregoing document upon counsel of record for each other party in this matter.

s/ Robert A. Fisher