UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

JEANNE M. IWATA,

　　　　　　　Plaintiff,

　　　v.

INTEL CORPORATION and MATRIX
ABSENCE MANAGEMENT, INC.

　　　　　　　Defendants.

C.A. No. 04-10536 (WGY)

## STIPULATION OF DISMISSAL

　　　　The Plaintiff and Defendants hereby dismiss the Complaint with prejudice and without

costs, waiving all rights of appeal.

INTEL CORPORATION and
MATRIX ABSENCE MANAGEMENT, INC.

By their attorneys

_____
Michele A. Whitham, BBO # 553705
Robert A. Fisher, BBO # 643797
FOLEY HOAG, LLP
155 Seaport Boulevard
Boston, MA 02110
617-832-1235


Dated:  April 28, 2005

JEANNE M. IWATA

By her attorneys,

_____
Philip R. Olenick, BBO # 378605
101 Tremont Street - Suite 801
Boston, Massachusetts 02108
617-357-5660

Paul L. Nevins, Esquire
47 Church Street
Wellesley, Massachusetts 02482